BLD-200                                                                                             May 21, 2020

**<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>**

C.A. No. **20-1941**

In re: MAJOR G. TILLERY, Petitioner

Present:    AMBRO, GREENAWAY, Jr., and BIBAS, <u>Circuit</u> <u>Judges</u>

    Submitted are:

(1) Petitioner's application under 28 U.S.C. § 2244 to file a second or successive petition under 28 U.S.C. § 2254;

(2) Petitioner's amendment to the application under 28 U.S.C. § 2244;

(3) Petitioner's motion to be relieved from the filing requirements of Local Appellate Rule 22.5; and

(4) Petitioner's motion to file a video

in the above-captioned case.

                               Respectfully,

                               Clerk

_____ORDER_____

Petitioner's motion to be relieved from the filing requirements of Local Appellate Rule 22.5 is granted, and his application under 28 U.S.C. § 2244 for leave to file a second or successive habeas corpus petition is deemed filed. Petitioner's application under § 2244 is granted. Petitioner's motion to file a video is denied.

                               By the Court,

                               s/Joseph A. Greenaway, Jr.
                               Circuit Judge

Dated: June 5, 2020
PDB/cc: Major G. Tillery

A True Copy:

Patricia S. Dodszuweit, Clerk