**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

### DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐     No ☐

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐     No ☐

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?     Yes ☐     No ☐

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☐     No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____     _____     _____
                                                        *Attorney-at-Law / Pro Se Plaintiff*                              *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**     *Federal Question Cases:*

☐     1.     Indemnity Contract, Marine Contract, and All Other Contracts
☐     2.     FELA
☐     3.     Jones Act-Personal Injury
☐     4.     Antitrust
☐     5.     Patent
☐     6.     Labor-Management Relations
☐     7.     Civil Rights
☐     8.     Habeas Corpus     2254
☐     9.     Securities Act(s) Cases
☐     10.   Social Security Review Cases
☐     11.   All other Federal Question Cases
              *(Please specify): _____*

**B.**     *Diversity Jurisdiction Cases:*

☐     1.     Insurance Contract and Other Contracts
☐     2.     Airplane Personal Injury
☐     3.     Assault, Defamation
☐     4.     Marine Personal Injury
☐     5.     Motor Vehicle Personal Injury
☐     6.     Other Personal Injury *(Please specify): _____*
☐     7.     Products Liability
☐     8.     Products Liability – Asbestos
☐     9.     All other Diversity Cases
              *(Please specify): _____*

---

### ARBITRATION CERTIFICATION

*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐     Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐     Relief other than monetary damages is sought.

DATE: _____     _____     _____
                                                        *Attorney-at-Law / Pro Se Plaintiff*                              *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*