## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAJOR GEORGE TILLERY,** : | |
|    Petitioner, : | |
| : | |
|        v. : | **CIVIL ACTION NO. 20-CV-2675** |
| : | |
| **KENNETH EASON,** *et al.,* : | |
|    Respondents. : | |

### ORDER

**AND NOW**, this 12th day of June, 2020, Major George Tillery having filed a petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 without either paying the filing fee or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. The Clerk of Court shall furnish Tillery with a blank copy of this Court's current application to proceed *in forma pauperis* (short form) bearing the above civil action number.

2. If Tillery seeks to proceed with this case he must, within thirty (30) days of the date of this Order, either (1) pay the required $5 filing fee to the Clerk of Court, or (2) complete and return the application to proceed *in forma pauperis*, including the required certification of prison assets signed by a prison official, to the Clerk of Court.

3. If Tillery fails to comply with this Order his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/Petrese B. Tucker

**PETRESE B. TUCKER, J.**