# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAJOR GEORGE TILLERY,** : | |
| Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-2675** |
| : | |
| **KENNETH EASON,** *et al.,* : | |
| Respondents. : | |

## ORDER

**AND NOW** this 18th day of August, 2020, having received the filing fee of $5, it is **ORDERED** that:

1. The above captioned case is **REFERRED** to the Honorable Linda K. Caracappa, United States Magistrate Judge, for a Report and Recommendation;

2. Pursuant to Local Civil Rule 72.1.IV(c), all issues and evidence shall be presented to the United States Magistrate Judge, and that new issues and evidence shall not be raised after the filing of the Report and Recommendation if they could have been presented to the United States Magistrate Judge; and

3. The Clerk of Court shall provide the Philadelphia County District Attorney's Office and the Pennsylvania Office of Attorney General - Criminal Law Division with a copy of the petition.

**BY THE COURT:**

/s/Petrese B. Tucker

**PETRESE B. TUCKER, J.**