IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KENNETH EASON, et al. | : | |
| Defendant. | : | NO. 20-2675 |

**ORDER**

AND NOW, this 21st day of August, 2020, upon consideration of Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

1. The District Attorney of the County of Philadelphia shall file specific and detailed answers within forty-five (45) days of the date of this order pursuant to Rule 5, 28 U.S.C. § 2254. As required by 18 U.S.C. § 3771(b)(2), the Commonwealth is Further Ordered to ensure that in a federal habeas corpus proceeding arising out of a state conviction, any crime victims are afforded their rights under the Crimes Victims Act, as amended December 1, 2009.

2. Due to the Covid-19 pandemic and the difficulties receiving physical records from the Prothonotary of Philadelphia, Respondents shall attach as Exhibits to their Response to the Habeas Petition ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post-Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Major George Tillery</u> CP-51-CR-030568-1984.

BY THE COURT:

/S LINDA K. CARACAPPA
LINDA K. CARACAPPA