

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
(215) 686-8000

LAWRENCE S. KRASNER
DISTRICT ATTORNEY

October 5, 2020

Honorable Linda K. Caracappa, Magistrate Judge
U.S. District Court
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **RE:**   **Tillery v. Eason, et al.**
             **Civil Action No. 20-2675**

Dear Judge Caracappa:

    Enclosed please find a copy of our Motion for Extension of Time to File Response, filed today.

                                               Respectfully submitted,

                                               */s/ Samuel H. Ritterman*

                                               SAMUEL H. RITTERMAN
                                               Assistant District Attorney

cc: Major George Tillery, *pro se*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | | |
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| **KENNETH EASON, et al.,** | | |
| Respondents | : | NO. 20-2675 |

**ORDER**

**AND NOW**, this _____ day of _____, 2020, Respondents' motion for an extension of time to file a response by December 7, 2020, is GRANTED.

BY THE COURT:


-----------------------------

The Honorable Linda K. Caracappa
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | | |
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| **KENNETH EASON, et al.,** | | |
| Respondents | : | NO. 20-2675 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO
PETITION FOR WRIT OF HABEAS CORPUS**

Respondents respectfully request a two-month extension of time, to December 7, 2020, to file a response to the petition for writ of habeas corpus in the above-captioned matter. This matter was assigned to the undersigned three days before today, which is the current due date. In addition to this new assignment, the undersigned is assigned to several habeas matters at various stages in federal court, state court post-conviction cases, state superior court appeals, and is assisting the District Attorney Office's trial units in various matters. Thus, respondents must request an extension of time in which to file their response. This is respondents' first request for an extension. The undersigned will endeavor to complete the response as soon as possible.

WHEREFORE, Respondents respectfully request that they be granted an extension of time, to December 7, 2020 to file a response to the petition for writ of habeas corpus.

Respectfully submitted,

*/s/ Samuel H. Ritterman*
SAMUEL H. RITTERMAN
Assistant District Attorney

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** Petitioner | : | CIVIL ACTION |
| v. | : | |
| **KENNETH EASON, et al.,** Respondents | : | NO. 20-2675 |

### CERTIFICATE REGARDING SERVICE

I, SAMUEL H. RITTERMAN, counsel for Respondents, hereby certify that on October 5, 2020, a copy of the foregoing document was filed on ECF. Due to the COVID-19 pandemic, the Philadelphia District Attorney's Office has limited the number of days that its employees work inside the office. Thus, while the undersigned has immediately provided this document to the office's support staff, that staff may not be immediately available to mail it, thereby potentially causing a delay in the effectuation of service. At the soonest opportunity, Respondents will serve the document on petitioner via first-class mail at the following address:

Smart Communications/PADOC
Major George Tillery / AM9786
SCI CHESTER
PO Box 33028
St Petersburg, FL 33733

*/s/ Samuel H. Ritterman*
_____
SAMUEL H. RITTERMAN
Assistant District Attorney