### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | | |
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| **KENNETH EASON, et al.,** | | |
| Respondents | : | NO. 20-2675 |

### ORDER

**AND NOW**, this 14th day of October, 2020, Respondents' motion for an extension of time to file a response by December 7, 2020, is GRANTED.

BY THE COURT:

/s/ Timothy R. Rice
------------------------------

The Honorable Timothy R. Rice
United States Magistrate Judge