IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **KENNETH EASON, et al** | : | NO.:  20-cv-02675 |
| *ACTING SUPERINTENDENT, STATE CORRECTIONAL INSITITUTION AT CHESTER* | : | |

**O R D E R**

**AND NOW**, this **29ᵀᴴ** day of **OCTOBER 2020**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is referred for reassignment from the calendar of the Honorable Linda K. Caracappa, United States Magistrate Judge, to the calendar of the Honorable Lynne A. Sitarski, United States Magistrate Judge.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
**Clerk of Court**