

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
(215) 686-8000

LAWRENCE S. KRASNER
DISTRICT ATTORNEY

December 3, 2020

Honorable Lynne A. Sitarski, Magistrate Judge
U.S. District Court
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE: <u>Tillery v. Eason, et al.</u>
            Civil Action No. 20-2675

Dear Judge Sitarski:

Enclosed please find a copy of our Motion for Extension of Time to File Response, filed today.

Respectfully submitted,

/s/ *Samuel H. Ritterman*

SAMUEL H. RITTERMAN
Assistant District Attorney

cc: Major George Tillery, *pro se*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR GEORGE TILLERY,
    Petitioner                      :                   CIVIL ACTION

        v.                             :

KENNETH EASON, et al.,
    Respondents                  :                   NO. 20-2675

## ORDER

**AND NOW**, this _____ day of _____, 2020, Respondents' motion for an extension of time to file a response by February 5, 2021, is GRANTED.

BY THE COURT:


------------------------------

The Honorable Lynne A. Sitarski
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | | |
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| **KENNETH EASON, et al.,** | | |
| Respondents | : | NO. 20-2675 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

Respondents respectfully request a two-month extension of time, to February 5, 2021, to file a response to the petition for writ of habeas corpus in the above-captioned matter. This matter was initially assigned to the undersigned three days before the original due date, necessitating him to request the first extension of two months to the current due date of December 7, 2020. During that time, the undersigned had to complete several assignments that included responses to habeas petitions in federal court, a post-conviction evidentiary hearing in state court, and briefs in the state appellate court. In the instant matter, the undersigned has reviewed a tremendous amount of material in this homicide case that involved a two-week trial and has been litigated several times over the past 36 years. Having reviewed this material, the undersigned desires to write and submit a meaningful and thorough response to assist this Court, and to that end, respectfully requests additional time to file a response. This is respondents' second request for an extension. The undersigned will endeavor to complete the response as soon as possible, and does not anticipate requesting any further continuances absent extraordinary circumstances.

WHEREFORE, Respondents respectfully request that they be granted an extension of time, to February 5, 2021 to file a response to the petition for writ of habeas corpus.

Respectfully submitted,

*/s/ Samuel H. Ritterman*
SAMUEL H. RITTERMAN
Assistant District Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY,<br>Petitioner | : | CIVIL ACTION |
| v. | : | |
| KENNETH EASON, et al.,<br>Respondents | : | NO. 20-2675 |

## CERTIFICATE REGARDING SERVICE

I, SAMUEL H. RITTERMAN, counsel for Respondents, hereby certify that on December 3, 2020, a copy of the foregoing document was filed on ECF. Due to the COVID-19 pandemic, the Philadelphia District Attorney's Office has limited the number of days that its employees work inside the office. Thus, while the undersigned has immediately provided this document to the office's support staff, that staff may not be immediately available to mail it, thereby potentially causing a delay in the effectuation of service. At the soonest opportunity, Respondents will serve the document on petitioner via first-class mail at the following address:

Smart Communications/PADOC
Major George Tillery / AM9786
SCI CHESTER
PO Box 33028
St Petersburg, FL 33733

/s/ Samuel H. Ritterman
_____
SAMUEL H. RITTERMAN
Assistant District Attorney