# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   20-cv-2675 |
| | : | |
| **KENNETH EASON, et al.,** | : | |
| Respondents. | : | |

# O R D E R

AND NOW, this  3RD  day of December 2020, upon consideration of Respondents' Motion for Enlargement of Time to File Response to Petition for Writ of Habeas Corpus (ECF No. 10), it is hereby **ORDERED** that the motion is **GRANTED**.  Respondents shall file a Response no later than February 5, 2021.  Should Petitioner wish to file a Reply to the Respondents' Response, his Reply **SHALL BE FILED** within thirty (30) days after service of the Response.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge