IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2675 |
| | : | |
| **KENNETH EASON et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _13th__ day of January 2021, upon consideration of the Petitioner's submission "USCA Order" (ECF 1), **IT IS HEREBY ORDERED AND DECREED** this motion is **DENIED AS MOOT.**

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**