# EXHIBIT G

# Court summary for Emmanuel Claitt



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M.**

DOB: 
SID: 
PID: 
License:

Sex: Male
Eyes: Brown
Hair: Unknown or Completely Bald
Race: Black

**Aliases:**
Barry Rivers
EMANUAL CLAITT
Emanuel Clait
Emanuel Claitt
Emanuel M. Claitt
Emanuel M. Cliatt
Emanuel M. Elaitt
Emanuel Michael Claitt
Emanuel Michael Claitt
Emmanuel Claitt
Emmanuel Cliatt
Emmanuel M. Claitt

## Closed

### Philadelphia

**CP-51-CR-0904461-1972**        Proc Status: Completed        DC No: 7117035511        OTN:
Arrest Dt: 08/16/1972        Disp Date: 01/18/1973        Disp Judge: Dwyer, William A. Jr.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 6106 | | CARRYING FIREARMS WITHOUT LICENSE | Guilty |
| | 01/18/1973 | Confinement | | |

**CP-51-CR-0108261-1973**  [LA Case]  Proc Status: Completed        DC No: 7235077158        OTN:
Arrest Dt: 12/29/1972        Disp Date: 05/17/1973        Disp Judge: Salus, Herbert W.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 3502 | | BURGLARY | Not Guilty |
| 2 | Migration § Migration | | | Demurrer Sustained |

**CP-51-CR-1210971-1974**  [LA Case]  Proc Status: Completed        DC No: 7414066094        OTN:Z4758633
Arrest Dt: 10/15/1974        Disp Date: 04/09/1975        Disp Judge: Jenkins, Norman
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Not Guilty |
| 2 | 35 § 780-113 §§ A30 | | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | Not Guilty |

**CP-51-CR-0400383-1975**        Proc Status: Completed        DC No: 7535016432        OTN:Z4758644
Arrest Dt: 03/12/1975        Disp Date:        Disp Judge:

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M.** (Continued)
  Closed (Continued)
    Philadelphia (Continued)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 3502 | | BURGLARY | |
| 2 | 18 § 903 | | CRIMINAL CONSPIRACY | |
| 3 | 18 § 3701 | | ROBBERY | |
| 4 | 18 § 6106 | | CARRYING FIREARMS WITHOUT LICENSE | |
| 5 | 18 § 6108 | | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | |
| 6 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME | |
| 7 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME WEAPON | |

**CP-51-CR-1222231-1975**  Proc Status: Completed  DC No: 7514026970  OTN: Z4758655
Arrest Dt: 05/08/1975  Disp Date: 07/12/1976  Disp Judge: Kubacki, Stanley L.
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 6108 | | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | Guilty |
| | 07/12/1976 | Probation | | |

**CP-51-CR-0408091-1979**  [LA Case]  Proc Status: Completed  DC No: 7904013546  OTN:
Arrest Dt: 04/07/1979  Disp Date: 09/17/1981  Disp Judge: Katz, Leon
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 🔒 1 | 18 § 3928 | | UNAUTH USE AUTO AND OTHER VEHICLES | Nolle Prossed |
| 🔒 2 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Nolle Prossed |
| 🔒 3 | 18 § 3925 | | THEFT BY RECEIVING STOLEN PROPERTY | Nolle Prossed |

**CP-51-CR-0510241-1980**  [LA Case]  Proc Status: Completed  DC No: 8006026046  OTN: Z4758736
Arrest Dt: 05/02/1980  Disp Date: 09/28/1981  Disp Judge: Cain, Herbert R. Jr.
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 🔒 1 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Nolle Prossed |
| 🔒 2 | 18 § 3925 | | THEFT BY RECEIVING STOLEN PROPERTY | Nolle Prossed |
| 🔒 3 | 18 § 3928 | | UNAUTH USE AUTO AND OTHER VEHICLES | Nolle Prossed |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M. (Continued)**
  **Closed (Continued)**
    **Philadelphia (Continued)**

**CP-51-CR-0810671-1980**     Proc Status: Completed    DC No: 7935020793    OTN:
Arrest Dt: 03/31/1979    Disp Date: 09/17/1981    Disp Judge: Katz, Leon
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Guilty Plea |
| | 09/17/1981 | Confinement | | Min: 2 Year(s) |
| 2 | 35 § 780-113 §§ A30 | | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | Guilty Plea |
| | 09/17/1981 | Confinement | | Min: 2 Year(s) |

**CP-51-CR-0813281-1980**     `LA Offense`    Proc Status: Completed    DC No: 8014000991    OTN:
Arrest Dt: 01/06/1980    Disp Date: 09/17/1981    Disp Judge: Katz, Leon
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 🔒 1 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed |
| 🔒 2 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME WEAPON | Nolle Prossed |
| 3 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Guilty Plea |
| | 09/17/1981 | Confinement | | |
| 🔒 4 | 35 § 780-113 §§ A30 | | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | Nolle Prossed |
| 🔒 5 | 18 § 903 | | CRIMINAL CONSPIRACY | Nolle Prossed |

**CP-51-CR-0820931-1980**     `LA Offense`    Proc Status: Completed    DC No: 7935097848    OTN:Z4758795
Arrest Dt: 08/08/1980    Disp Date: 09/17/1981    Disp Judge: Katz, Leon
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 🔒 1 | 18 § 3301 | | ATT ARSON ENDANGERING PERSONS | Nolle Prossed |
| 🔒 2 | 18 § 3301 | | ATT ARSON ENDANGERING PROPERTY | Nolle Prossed |
| 🔒 3 | 18 § 3304 | | CRIMINAL MISCHIEF | Nolle Prossed |
| 🔒 4 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed |

---

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M.** (Continued)
  Closed (Continued)
    Philadelphia (Continued)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 5 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME WEAPON | Nolle Prossed |
| 6 | 18 § 908.1 | | PROHIBITED OFFENSIVE WEAPONS | Nolle Prossed |
| 7 | 18 § 3302 | | CAUSING/RISKING CATASTROPHE | Nolle Prossed |
| 8 | 18 § 903 | | CRIMINAL CONSPIRACY | Guilty Plea |
| | 09/17/1981 | Confinement | | Min: 1 Year(s) |

**CP-51-CR-0916561-1980**  LA Case  Proc Status: Completed  DC No: 8035071776  OTN:Z4758806
Arrest Dt: 09/10/1980  Disp Date: 12/05/1980  Disp Judge: Ivanoski, Leonard A.
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 2702 | | AGGRAVATED ASSAULT | Not Guilty |
| 2 | 18 § 2701 | | SIMPLE ASSAULT | Not Guilty |
| 3 | 18 § 2705 | | RECKLESSLY ENDANGERING ANOTHER PERSON | Not Guilty |

**CP-51-CR-1107131-1980**  LA Case  Proc Status: Completed  DC No: 8035025356  OTN:
Arrest Dt: 05/16/1980  Disp Date: 04/13/1982  Disp Judge: Anderson, Levy
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 2705 | | RECKLESSLY ENDANGERING ANOTHER PERSON | Nolle Prossed |
| 2 | 18 § 2706 | | TERRORISTIC THREATS | Nolle Prossed |
| 3 | 18 § 903 | | CRIMINAL CONSPIRACY | Nolle Prossed |
| 4 | 18 § 2702 | | AGGRAVATED ASSAULT | Nolle Prossed |
| 5 | 18 § 2701 | | SIMPLE ASSAULT | Nolle Prossed |
| 6 | 18 § 6106 | | CARRYING FIREARMS WITHOUT LICENSE | Nolle Prossed |
| 7 | 18 § 6106 | | FIREARMS WITHOUT LICENSE-IN AUTO | Nolle Prossed |
| 8 | 18 § 6108 | | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | Nolle Prossed |
| 9 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed |
| 10 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME WEAPON | Nolle Prossed |
| 11 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Nolle Prossed |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M. (Continued)**
  **Closed (Continued)**
    **Philadelphia (Continued)**

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 12 | 18 § 3925 | | THEFT BY RECEIVING STOLEN PROPERTY | Nolle Prossed |
| 13 | 18 § 3701 | | ROBBERY | Nolle Prossed |

**CP-51-CR-0537641-1983**    *LA Case*    Proc Status: Completed    DC No: 8339002000    OTN:M1474292
Arrest Dt: 04/21/1983    Disp Date: 12/16/1987    Disp Judge: Manfredi, William J.
Def Atty: Williams, Brian R. - (CA)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 6106 | | CARRYING FIREARMS WITHOUT LICENSE | Nolle Prossed |
| 2 | 18 § 6108 | | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | Nolle Prossed |
| 3 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed |
| 4 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME WEAPON | Nolle Prossed |
| 5 | 18 § 903 | | CRIMINAL CONSPIRACY | Nolle Prossed |
| 6 | 18 § 3701 | | ROBBERY | Nolle Prossed |
| 7 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Nolle Prossed |
| 8 | 18 § 3925 | | THEFT BY RECEIVING STOLEN PROPERTY | Nolle Prossed |

**CP-51-CR-0513651-1989**    *LA Offense*    Proc Status: Completed    DC No: 8914031724    OTN:M3950391
Arrest Dt: 05/01/1989    Disp Date: 10/23/1991    Disp Judge: Guarino, Angelo A.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No / Sentence Dt. | Statute / Sentence Type | Grade / Program Period | Description / Sentence Length | Disposition |
|---|---|---|---|---|
| 1 | 18 § 2705 | | RECKLESSLY ENDANGERING ANOTHER PERSON | Nolle Prossed |
| 2 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed |
| 3 | 18 § 907 | M1 | POSSESSING INSTRUMENTS OF CRIME WEAPON | Guilty Plea |
| 10/23/1991 | Confinement | | Min: 1 Year(s) Max: 2 Year(s) | |
| 4 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Nolle Prossed |
| 5 | 18 § 3925 | | THEFT BY RECEIVING STOLEN PROPERTY | Nolle Prossed |
| 6 | 18 § 3701 | F1 | ROBBERY | Guilty Plea |
| 10/23/1991 | Confinement | | Min: 5 Year(s) Max: 10 Year(s) | |
| 7 | 18 § 2701 | | SIMPLE ASSAULT | Nolle Prossed |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M. (Continued)**
  **Closed (Continued)**
    **Philadelphia (Continued)**

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 8 | 18 § 903 | | F2 | CRIMINAL CONSPIRACY | Guilty Plea |
| | 10/23/1991 | Confinement | | Min: 1 Year(s) Max: 2 Year(s) | |

**CP-51-CR-0630691-1989**    **LA Offense**  Proc Status: Completed     DC No: 8914044391     OTN:M4006133
Arrest Dt: 06/14/1989     Disp Date: 10/23/1991     Disp Judge: Guarino, Angelo A.
Def Atty: O'Keefe, Joseph Scott - (PR)

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 🔒 1 | 18 § 2701 | | | SIMPLE ASSAULT | Nolle Prossed |
| 🔒 2 | 18 § 3921 | | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Nolle Prossed |
| 🔒 3 | 18 § 3925 | | | THEFT BY RECEIVING STOLEN PROPERTY | Nolle Prossed |
| 4 | 18 § 3701 | | | ROBBERY | Guilty |
| | 10/23/1991 | Confinement | | Min: 8 Year(s) 6 Month(s) Max: 20 Year(s) | |
| 5 | 18 § 907 | | | POSSESSING INSTRUMENTS OF CRIME | Guilty |
| | 10/23/1991 | Confinement | | Min: 2 Year(s) Max: 5 Year(s) | |
| 🔒 6 | 18 § 907 | | | POSSESSING INSTRUMENTS OF CRIME WEAPON | Nolle Prossed |

**CP-51-CR-0726811-1989**    **LA Offense**  Proc Status: Completed     DC No: 8935044496     OTN:M3982156
Arrest Dt: 05/26/1989     Disp Date: 01/17/1990     Disp Judge: Cohen, Gene D.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 🔒 1 | 18 § 3502 | | | BURGLARY | Nolle Prossed |
| 🔒 2 | 18 § 3921 | | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Nolle Prossed |
| 🔒 3 | 18 § 3925 | | | THEFT BY RECEIVING STOLEN PROPERTY | Nolle Prossed |
| 4 | 18 § 3925 | | F3 | THEFT BY RECEIVING STOLEN PROPERTY | Guilty Plea |
| | 01/17/1990 | Confinement | | Min: 3 Month(s) Max: 23 Month(s) | |
| 🔒 5 | 18 § 3925 | | | RECEIVING STOLEN PROPERTY BUSINESS | Nolle Prossed |
| 🔒 6 | 18 § 6106 | | | CARRYING FIREARMS WITHOUT LICENSE | Nolle Prossed |
| 🔒 7 | 18 § 6106 | | | FIREARMS WITHOUT LICENSE-IN AUTO | Nolle Prossed |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M. (Continued)**
  **Closed (Continued)**
    **Philadelphia (Continued)**

| Seq No | Statute | | Grade | Description | | Disposition | |
|---|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | | |
| 🔒 8 | 18 § 6108 | | | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | | Nolle Prossed | |

**CP-51-CR-0603011-2005**    Proc Status: Sentenced/Penalty Imposed    DC No: 0524041701    OTN:N3389035
Arrest Dt: 05/24/2005    Disp Date: 10/13/2006    Disp Judge: Dempsey, Thomas
Def Atty: Hetznecker, Paul Joseph - (PR)

| Seq No | Statute | | Grade | Description | | Disposition | |
|---|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | | |
| 1 | 35 § 780-113 §§ A30 | | F | Manuf/Del/Poss/W Int Manuf Or Del | | Guilty Plea | |
| | 10/13/2006 | Confinement | 3 years - 6 years | | Min: 3 Year(s) Max: 6 Year(s) | | |
| 2 | 35 § 780-113 §§ A16 | | M | Int Poss Contr Subst By Per Not Reg | | Nolle Prossed | |

**CP-51-CR-0007080-2011**    Proc Status: Sentenced/Penalty Imposed    DC No: 1139014136    OTN:N7334913
Arrest Dt: 03/21/2011    Disp Date: 08/10/2011    Disp Judge: Dempsey, Thomas
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | | Grade | Description | | Disposition | |
|---|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | | |
| 1 | 18 § 3921 §§ A | | F3 | Theft By Unlaw Taking-Movable Prop | | Nolle Prossed | |
| 2 | 18 § 3925 §§ A | | F3 | Receiving Stolen Property | | Guilty Plea - Negotiated | |
| | 08/10/2011 | Probation | 3 years | | Max: 3 Year(s) | | |
| 3 | 35 § 780-113 §§ A16 | | M | Int Poss Contr Subst By Per Not Reg | | Nolle Prossed | |
| 4 | 18 § 3928 §§ A | | M2 | Unauth Use Motor/Other Vehicles | | Nolle Prossed | |

**MC-51-CR-1211681-1978**  [LA Case]  Proc Status: Completed    DC No: 7835010022    OTN:Z4758692
Arrest Dt: 12/13/1978    Disp Date: 10/16/1980    Disp Judge: Silberstein, Alan K.
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 🔒 1 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Withdrawn |

**MC-51-CR-1211691-1978**  [LA Case]  Proc Status: Completed    DC No: 7835010023    OTN:Z4758692
Arrest Dt: 12/13/1978    Disp Date: 05/02/1979    Disp Judge: Kafrissen, Arthur S.
Def Atty: Deutsch, Myron H. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 🔒 1 | 18 § 3928 | | UNAUTH USE AUTO AND OTHER VEHICLES | Withdrawn |
| 🔒 2 | 18 § 3926 | | THEFT OF SERVICES | Withdrawn |

**MC-51-CR-1211701-1978**  [LA Case]  Proc Status: Completed    DC No: 7835087355    OTN:Z4758692

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

Case 2:20-cv-02675-PBT   Document 13-7   Filed 02/05/21   Page 9 of 11



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M. (Continued)**
  **Closed (Continued)**
    **Philadelphia (Continued)**
    Arrest Dt: 12/13/1978  Disp Date: 10/16/1980  Disp Judge: Silberstein, Alan K.
    Def Atty: Preminger, Daniel M. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 2702 | | AGGRAVATED ASSAULT | Withdrawn |
| 2 | 18 § 2701 | | SIMPLE ASSAULT | Withdrawn |
| 3 | 18 § 907 | | POSSESSING INSTRUMENTS OF CRIME WEAPON | Withdrawn |
| 4 | 18 § 908.1 | | PROHIBITED OFFENSIVE WEAPONS | Withdrawn |
| 5 | 18 § 2705 | | RECKLESSLY ENDANGERING ANOTHER PERSON | Withdrawn |
| 6 | 18 § 6106 | | CARRYING FIREARMS WITHOUT LICENSE | Withdrawn |
| 7 | 18 § 6108 | | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | Withdrawn |

    MC-51-CR-0330461-1979   Proc Status: Completed   DC No: 7935020793   OTN:
    Arrest Dt: 03/31/1979  Disp Date: 08/07/1980  Disp Judge: Glancey, Joseph R.

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Held for Court |
| 2 | 35 § 780-113 §§ A30 | | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | Held for Court |

    MC-51-CR-0216791-1989   **LA Case**   Proc Status: Completed   DC No: 8935015495   OTN:
    Arrest Dt: 02/19/1989  Disp Date: 11/28/1989  Disp Judge: Kirkland, Lydia Y.
    Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 6106 | | CARRYING FIREARMS WITHOUT LICENSE | Withdrawn |
| 2 | 18 § 6108 | | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | Withdrawn |

    MC-51-CR-0539971-2005   Proc Status: Completed   DC No: 0524041701   OTN:N3389035
    Arrest Dt: 05/24/2005  Disp Date: 06/02/2005  Disp Judge: Migrated, Judge
    Def Atty: Hetznecker, Paul Joseph - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 35 § 780-113 §§ A30 | | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | Held for Court |
| 2 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Held for Court |

    MC-51-CR-0011861-2011   Proc Status: Completed   DC No: 1139014136   OTN:N7334913

CPCMS 3541                                          8                                          Printed: 11/18/2020  9:54 AM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M. (Continued)**
  **Closed (Continued)**
   **Philadelphia (Continued)**
   Arrest Dt: 03/21/2011    Disp Date: 06/20/2011    Disp Judge: Washington, Craig M.
   Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 3921 §§ A | F3 | Theft By Unlaw Taking-Movable Prop | Held for Court |
| 2 | 18 § 3925 §§ A | F3 | Receiving Stolen Property | Held for Court |
| 3 | 35 § 780-113 §§ A16 | M | Int Poss Contr Subst By Per Not Reg | Held for Court |
| 4 | 18 § 3928 §§ A | M2 | Unauth Use Motor/Other Vehicles | Held for Court |

   MC-51-CR-0010420-2015    **LA Case**    Proc Status: Completed        DC No: 1525026239    OTN:N9579415
   Arrest Dt: 04/07/2015    Disp Date: 06/09/2015    Disp Judge: Gehret, Thomas F.
   Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 🔒 1 | 18 § 5123 §§ A | F2 | Contraband/Controlled Substance | Dismissed - LOE |
| 🔒 2 | 35 § 780-113 §§ A16 | M | Int Poss Contr Subst By Per Not Reg | Dismissed - LOE |

  **Archived**

   MC-51-CR-0603631-1970                          Comm. v. Claitt, Emanuel

   MC-51-CR-0703981-1971                          Comm. v. Claitt, Emanuel

   MC-51-CR-1211421-1971    **LA Offense**     Comm. v. Claitt, Emanuel

   MC-51-CR-0201871-1972    **LA Case**        Comm. v. Claitt, Emanuel

   MC-51-CR-1221081-1972    **LA Case**        Comm. v. Claitt, Emmanuel

   MC-51-CR-1028351-1973    **LA Case**        Comm. v. Claitt, Emanuel

   MC-51-CR-1032781-1973    **LA Case**        Comm. v. Claitt, Emmanuel

   MC-51-CR-1032791-1973    **LA Case**        Comm. v. Claitt, Emmanuel

   MC-51-CR-1011361-1974    **LA Case**        Comm. v. Elaitt, Emanuel

   MC-51-CR-0313021-1975                          Comm. v. Claitt, Emmanuel

   MC-51-CR-0313031-1975    **LA Case**        Comm. v. Claitt, Emmanuel

   MC-51-CR-0505311-1975                          Comm. v. Claitt, Emanual

---

CPCMS 3541                                              9                                              Printed: 11/18/2020 9:54 AM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Secure Court Summary

**Claitt, Emmanuel M. (Continued)**
   Archived (Continued)

| Docket | Flag | Caption |
|---|---|---|
| MC-51-CR-1034651-1975 | LA Case | Comm. v. Claitt, Emanuel |
| MC-51-CR-0713541-1976 | LA Case | Comm. v. Claitt, Emanuel |
| MC-51-CR-0404131-1977 | LA Case | Comm. v. Claitt, Emanuel |
| MC-51-CR-1228031-1978 | LA Case | Comm. v. Claitt, Emanuel |
| MC-51-CR-0406201-1979 | | Comm. v. Cliatt, Emanuel |
| MC-51-CR-1234881-1979 | | Comm. v. Claitt, Emanuel |
| MC-51-CR-0429951-1980 | LA Case | Comm. v. Cliatt, Emmanuel |
| MC-51-CR-0512961-1980 | LA Case | Comm. v. Claitt, Emmanuel |
| MC-51-CR-0703341-1980 | LA Case | Comm. v. Claitt, Emanuel |
| MC-51-CR-0704981-1980 | | Comm. v. Claitt, Emanuel |
| MC-51-CR-0805451-1980 | LA Offense | Comm. v. Claitt, Emanuel |
| MC-51-CR-0808071-1980 | LA Case | Comm. v. Claitt, Emanuel |
| MC-51-CR-0910651-1980 | LA Offense | Comm. v. Claitt, Emmanuel |
| MC-51-CR-0418591-1983 | LA Case | Comm. v. Claitt, Emanuel |
| MC-51-CR-0905521-1985 | LA Case | Comm. v. Claitt, Emmanuel |
| MC-51-CR-0500271-1989 | | Comm. v. Claitt, Emanuel |
| MC-51-CR-0540311-1989 | | Comm. v. Claitt, Emmanuel |
| MC-51-CR-0611741-1989 | | Comm. v. Clait, Emanuel |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.