# EXHIBIT L

# Court summary for Robert Mickens



# First Judicial District of Pennsylvania
## Court Summary

**Mickens, Robert**  DOB: ▮▮▮▮  Sex: Male
▮▮▮▮  Eyes: Brown
Aliases:  Hair: Gray or Partially Gray
Robert Mickens  Race: Black

### Closed
#### Philadelphia

**CP-51-CR-0503611-1973**   Proc Status: Completed   DC No: 7306004143   OTN:

Arrest Dt: 04/30/1973   Disp Date: 08/15/1973   Disp Judge: Wilson, Calvin T.
Def Atty: Leidner, Milton S. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 6106 | | FIREARMS WITHOUT LICENSE-IN AUTO | Guilty |
| | 08/15/1973 | Probation | | Min: 3 Year(s) |

**CP-51-CR-0311001-1984**   Proc Status: Completed   DC No: 8414004870   OTN: M1803406

Arrest Dt: 02/28/1984   Disp Date: 10/10/1985   Disp Judge: Clarke, Eugene Jr.
Def Atty: Moore, Thomas William - (CA)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 7 | 18 § 3121 | | RAPE | Guilty Plea |
| | 10/10/1985 | Confinement | | |
| 9 | 18 § 903 | | CRIMINAL CONSPIRACY | Guilty Plea |
| | 10/10/1985 | Probation | | Min: 5 Year(s) |

**CP-51-CR-0947661-1991**   Proc Status: Completed   DC No: 9035014949   OTN: M4337325

Arrest Dt: 03/10/1990   Disp Date: 05/16/1997   Disp Judge: Davis, Legrome D.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Guilty Plea |
| | 05/16/1997 | No Further Penalty | | |
| 2 | 35 § 780-113 §§ A30 | | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | Guilty Plea |
| | 05/16/1997 | Confinement | | Max: 23 Month(s) |
| | 05/16/1997 | Probation | | Min: 4 Year(s) |

**CP-51-CR-0308441-2002**   Proc Status: Completed   DC No: 0109016040   OTN: N0795524

Arrest Dt: 06/02/2001   Disp Date: 06/27/2002   Disp Judge: Temin, Carolyn Engel
Def Atty: Henry, Todd Edward - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Court Summary

**Mickens, Robert** (Continued)
  **Closed** (Continued)
    **Philadelphia** (Continued)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Guilty Plea |
| | 06/27/2002 | Confinement | | Min: 2 Year(s) Max: 4 Year(s) |
| 7 | 18 § 903 | | CRIMINAL CONSPIRACY | Guilty Plea |
| | 06/27/2002 | Probation | | Min: 5 Year(s) |

**MC-51-CR-0305821-1990**  Proc Status: Completed  DC No: 9035014949  OTN: M4337325
Arrest Dt: 03/10/1990  Disp Date: 09/20/1991  Disp Judge: Kirkland, Lydia Y.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 35 § 780-113 §§ A30 | | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | Held for Court |
| 2 | 35 § 780-113 §§ A16 | | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | Held for Court |

**MC-51-CR-0108481-2001**  Proc Status: Completed  DC No: 0108000809  OTN: N0505606
Arrest Dt: 01/06/2001  Disp Date: 08/15/2001  Disp Judge: Mekel, Edward G.
Def Atty: Henry, Todd Edward - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Guilty |
| | 08/15/2001 | Probation | | |
| 2 | 18 § 3925 | | THEFT BY RECEIVING STOLEN PROPERTY | Guilty |
| | 08/15/2001 | Probation | | |
| 3 | 18 § 3929 | | RETAIL THEFT | Guilty |
| | 08/15/2001 | Probation | | |

**MC-51-CR-0556761-2001**  Proc Status: Completed  DC No: 0109016040  OTN: N0795524
Arrest Dt: 06/02/2001  Disp Date: 03/08/2002  Disp Judge: Anderson, Linda F.
Def Atty: Henry, Todd Edward - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 3921 | | THEFT BY UNLAWFUL TAKING OR DISPOSITION | Held for Court |
| 3 | 18 § 3927 | | THEFT FAIL MK REQ DISP OF FUNDS RECEIVED | Held for Court |
| 4 | 18 § 4113 | | MISAP ENTRUST PROP & PROP GOVT/FIN INST | Held for Court |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Court Summary

**Mickens, Robert** (Continued)
  **Closed** (Continued)
    **Philadelphia** (Continued)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 5 | 18 § 3925 | | THEFT BY RECEIVING STOLEN PROPERTY | Held for Court |
| 6 | 18 § 903 | | CRIMINAL CONSPIRACY | Held for Court |
| 7 | 18 § 4906 | | FALSE REPORTS TO LAW ENFORCEMT AUTH INCRIM | Held for Court |

**Archived**

  MC-51-CR-0127371-1973      Comm. v. Mickens, Robert

  MC-51-CR-0222681-1984      Comm. v. Mickens, Robert

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.