IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR G. TILLERY, | : | CIVIL ACTION |
| Petitioner *Pro Se,* | : | 20-cv-2675 |
| v. | : | |
| KENNETH EASON, Superintendent, State Correctional Institution at Chester, et. al., | : | |
| Respondent. | : | |

**ORDER**

**AND NOW,** this            day of                              2021,

Petitioner's motion for an Enlargement of Time to file a Reply by June 6, 2021, is GRANTED.

BY THE COURT,

_____

THE HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR G. TILLERY, | : | CIVIL ACTION |
| Petitioner *Pro Se,* | : | 20-cv-2675 |
| v. | : | |
| KENNETH EASON, Superintendent, State Correctional Institution at Chester, et. al., | : | |
| Respondent. | : | |

MOTION FOR ENLARGEMENT OF TIME FOR PETITIONER
TO FILE REPLY TO RESPONDENTS' RESPONSE

Petitioner pro se, MAJOR G. TILLERY, respectfully requests a two month-extension to file his reply to the Respondent's Response to the petition for writ of habeas corpus in the above-captioned matter.

On information and belief the Respondent's Response was filed on February 5, 2021. On information and belief the Response includes legal authority newly decided by the Third Circuit Court of Appeals. On information and belief Respondents filed its response on ECF and states that for covid-related reasons a copy was not immediately mailed to Petitioner but will be done at the "soonest opportunity." Respondent states that its

document and exhibits via USPS will be sent to Smart Communications/PADOC for processing and forwarding to SCI Chester for further processing prior to actual delivery to Petitioner. As of today Petitioner has not received the Response from Defendants' attorney.

It often takes as long as three weeks to receive mail sent through Smart Communications as now established by the current DOC mailing procedures.

The prison library is not open on a regular basis given restrictions put in place because covid-19. It has been weeks since there has been library access and there is no set schedule. Legal opinions required to prepare Petitioner's Reply will have to be mailed to Petitioner from outside the prison, which will take some time given the current mail procedures.

Petitioner's Reply is due March 7, 2021. For the reasons indicated above, Petitioner requests an additional 60 days to file his Reply.

WHEREFORE, Petitioner respectfully requests that he be granted an extension of time, to June 6, 2021, to file a reply to the Respondent's Response to the petition for writ of habeas corpus.

February 19, 2021

                                               Respectfully submitted,

                                               s/ Major G. Tillery
                                               MAJOR G. TILLERY
                                               Petitioner *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR G. TILLERY, | : | CIVIL ACTION |
| Petitioner *Pro Se,* | : | 20-cv-2675 |
| v. | : | |
| KENNETH EASON, Superintendent, State Correctional Institution at Chester, et. al., | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

MAJOR G. TILLERY, Petitioner, pro se, hereby certifies that on February 19, 2021, a copy of the foregoing document was filed by emailing it to PAED_DOCUMENTS@paed.uscourts.gov.

A copy was emailed to Samuel H. Ritterman, Assistant District Attorney, representing defendants at Samuel.ritterman@phila.gov. A copy is also mailed to ADA Ritterman via first-class mail at the following address:

Philadelphia District Attorney Office
3 South Penn Sq.
Philadelphia, PA 19107

/s/ Major G. Tillery___
MAJOR G. TILLERY
Petitioner, *pro se*