| | |
|---|---|
| **From:** | major tillery <majorgtillery@gmail.com> |
| **Sent:** | Friday, February 19, 2021 11:05 AM |
| **To:** | PAED Documents |
| **Cc:** | samuel.ritterman@phila.gov; major tillery |
| **Subject:** | Tillery v Eason 20-2675 Motion to Enlarge Time for Reply |
| **Attachments:** | TilleryvEason20-2675Motion.pdf |

**CAUTION - EXTERNAL:**

Attached is the Motion for Enlargement of Time For Reply in Tillery v Eason, submitted for filing by Major G. Tillery AM9786, SCI Chester, 500 E. Fourth St, Chester, PA.
My email address for filing is: majorgtillery@gmail.com
Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.