IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   20-cv-2675 |
| | : | |
| **KENNETH EASON, et al.,** | : | |
| Respondents. | : | |

**O R D E R**

    **AND NOW**, this   22ND   day of February 2021, upon consideration of Petitioner's Motion for Enlargement of Time for Petitioner to file Reply to Respondents' Response (ECF No. 14), it is hereby **ORDERED** that the motion is **GRANTED**.  Petitioner shall file a Reply no later than June 6, 2021.

    BY THE COURT:

      /s/ Lynne A. Sitarski
    LYNNE A. SITARSKI
    United States Magistrate Judge