# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH EASON, et al., | : | No. 20-2675 |
| Respondents. | : | |

## MOTION

1. On June 5, 2020, the Third Circuit granted petitioner Major Tillery leave to file the present successive petition for a writ of habeas corpus. *In re: Major G. Tillery*, C.A. No. 20-1941.

2. On February 5, 2021, the Respondents filed a response to Tillery's petition (ECF No. 13).

3. On June 6, 2021, Tillery filed a reply to the Respondents' response (ECF. No. 16).

4. The Respondents are now carefully reviewing their response in light of Tillery's reply and the record in this case, and they request a brief period of time to complete their review.

WHEREFORE, Respondents respectfully request that they be granted 21 days, until December 15, 2021, to review their response and file a status update or appropriate motion.

Respectfully submitted,

*/s/ Shoshana D. Silverstein*
SHOSHANA D. SILVERSTEIN
Assistant District Attorney
Federal Litigation Unit

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH EASON, et al., | : | No. 20-2675 |
| Respondents. | : | |

**ORDER**

**AND NOW**, this            day of                      , 2021, Respondents' time to file a status update or appropriate motion is extended to December 15, 2021.

BY THE COURT:

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY, | : | CIVIL ACTION |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH EASON, et al., | : | No. 20-2675 |
|    Respondents. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, a copy of the foregoing motion was placed in the United States Mail for service upon Petitioner at the following address:

SMART COMMUNICATIONS/PA DOC
MAJOR G. TILLERY
AM-9786
SCI – CHESTER
PO BOX 33028
ST PETERSBURG, FL  33733

*/s/ Shoshana D. Silverstein*
SHOSHANA D. SILVERSTEIN
Assistant District Attorney
Federal Litigation Unit