# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** : | CIVIL ACTION |
| Petitioner, : | |
| : | |
| v. : | NO.   20-cv-2675 |
| : | |
| **KENNETH EASON, et al.,** : | |
| Respondents. : | |

# O R D E R

**AND NOW**, this __29TH__ day of November 2021, upon consideration of Respondents' Motion (ECF No. 17), it is hereby **ORDERED** that the motion is **GRANTED**. Respondents shall file a status update or appropriate motion no later than December 15, 2021.

BY THE COURT:

_/s/ Lynne A. Sitarski_
LYNNE A. SITARSKI
United States Magistrate Judge