## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2675 |
| | : | |
| **KENNETH EASON,** *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 30th day of November 2021, upon consideration of Respondents' Motion for Leave to File Status Update Within Twenty-One Days (ECF No. 17), **IT IS HEREBY ORDERED AND DECREED** that:

1. Respondents' Motion (ECF No. 17) is **GRANTED**; and

2. Respondents shall file a status update or appropriate motion on or before **Monday, December 20, 2021**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**