# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR GEORGE TILLERY<br><br>Plaintiff<br><br>v.<br><br>KENNETH EASON, *Acting Superintendent, State Correctional Institution at Chester*<br><br>Defendants. | CIVIL ACTION<br><br>No. 20-cv-02675-PBT<br><br><br><br><br><br>**NOTICE OF APPEARANCE OF PETITIONER'S COUNSEL** |

TO THE CLERK:

    Kindly enter my appearance as co-counsel on behalf of Petitioner Major Tillery in the above-captioned matter.

                                            MARRONE LAW FIRM, LLC

Date: December 7, 2021                By: _____
                                                         Michael D. Pomerantz, Esquire
                                                         200 S. Broad Street, Ste. 400
                                                         Philadelphia, P. 19102
                                                         (215) 732-6700
                                                          *mpomerantz@marronelaw.com*