UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR GEORGE TILLERY<br><br>Plaintiff<br><br>v.<br><br>KENNETH EASON, *Acting Superintendent, State Correctional Institution at Chester*<br><br>Defendants. | CIVIL ACTION<br><br>No. 20-cv-02675-PBT<br><br><br><br>**NOTICE OF APPEARANCE OF PETITIONER'S COUNSEL** |

TO THE CLERK:

Kindly enter my appearance as co-counsel on behalf of Petitioner Major Tillery in the above-captioned matter.

MARRONE LAW FIRM, LLC

Date: December 7, 2021

By:  /s/ Joseph M. Marrone
Joseph M. Marrone, Esquire
200 S. Broad Street, Suite 400
Philadelphia, PA 19102
(215) 732-6700 x 212
JMarrone@MarroneLaw.Com