IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY**, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **KENNETH EASON**, et al., | : | No. 20-2675 |
| Respondents. | : | |

## NOTICE OF APPEARANCE

Matthew Stiegler hereby enters his appearance on behalf of the Respondents in the above-captioned matter.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Samuel H. Ritterman hereby withdraws his appearance on behalf of the Respondents in the above-captioned matter.

Respectfully submitted,
*/s/ Matthew Stiegler*
Matthew Stiegler
Supervisor, Federal Litigation Unit

*/s/ Samuel H. Ritterman*
Samuel H. Ritterman
Assistant District Attorney

Philadelphia District Attorney's Office

## CERTIFICATE OF SERVICE

I certify that on the 16th day of December 2021, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system:

Respectfully submitted,

*/s/ Matthew Stiegler*
Supervisor, Federal Litigation Unit