IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   20-cv-2675 |
| | : | |
| **KENNETH EASON, et al.,** | : | |
| Respondents. | : | |

# O R D E R

AND NOW, this _____ day of _____, 20__, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Respondents' Motion for a Stay and Abeyance (ECF No. 23) is GRANTED.

3. The petition for writ of habeas corpus is STAYED and held in ABEYANCE parties engage in voluntary open-file discovery.

4. Respondents shall notify the District Court within seven days of the conclusion of discovery.

BY THE COURT:

_____
PETRESE B. TUCKER,   J.