IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 20-2675 |
| **KENNETH EASON,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 10th day of January 2022, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (ECF No. 2), the Respondents' Motion for Stay and Abeyance (ECF No. 23), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 25), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Respondents' Motion for Stay and Abeyance (ECF No. 23) is **GRANTED**;

3. The Petition for Writ of Habeas Corpus is **STAYED** and held in **ABEYANCE** as the parties engage in voluntary open-file discovery; and

4. Respondents shall notify this Court within **seven (7) days** of the conclusion of discovery.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**