IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | |
| | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-2675** |
| | : | |
| **KENNETH EASON,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW**, this 10th day of June 2022, upon consideration of Petitioner's "Motion for Leave to Exceed Page Limit" (ECF No. 27) and the Amended Petition for Writ of Habeas Corpus (ECF No. 28), **IT IS HEREBY ORDERED AND DECREED** that:

1. Petitioner's Motion (ECF No. 27) is **GRANTED**; and

2. Petitioner may file his Counseled and Amended Petition for Writ of Habeas Corpus in excess of the Court's twenty-five (25) page limit.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**