# MARRONE LAW FIRM, LLC

Joseph M. Marrone, Esquire | Christopher M. Marrone, Esquire | Brian M. Marchese, Esquire
Admitted in PA, NJ & NY     Admitted in PA & NJ     Admitted in PA & NJ
(Of Counsel)

June 24, 2022

**_Via ECF_**
Honorable Petrese B. Tucker, S.J.
United States District Court for the Eastern District of Pennsylvania
16613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    Tillery v. Eason
             Docket No.: 20-cv-02675

Dear Judge Tucker:

This matter is currently before the Court in connection with Major Tillery's Petition for a Writ of Habeas Corpus. The matter was stayed by Order of the Court dated January 10, 2022 (ECF No. 26), to allow the parties to complete voluntary discovery. The parties have now completed voluntary discovery, and on June 8, 2022, Petitioner filed a Motion to Lift Stay (ECF No. 29), which is still pending.

As counsel for Petitioner, I have now corresponded with Shoshana Silverstein, Esquire, who is counsel for the Respondents. She has authorized me to represent to the Court that Respondents do not oppose lifting the stay.

Thank you for your kind attention to this matter.

Respectfully submitted,

*Michael Pomerantz*
Michael D. Pomerantz

Enc.
cc:    Shoshana Silverstein, Esquire (via ECF)