IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 20-2675 |
| **KENNETH EASON,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 13th day of July 2022, upon consideration of Petitioner's unopposed "Motion to Lift Stay" (ECF No. 29), **IT IS HEREBY ORDERED AND DECREED** that:

1. Petitioner's unopposed Motion (ECF No. 29) is **GRANTED**;

2. Petitioner's Amended Petition (ECF No. 28) is deemed **FILED** as of June 2, 2022; and

3. Respondents shall file a response to Petitioner's Amended Petition within **thirty (30) days** of this Order.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.