IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   20-cv-2675 |
| | : | |
| **KENNETH EASON, et al.,** | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this   15TH   day of November, 2022, upon consideration of Respondents' Second Motion for Extension of Time to File Response to Amended Petition for Writ of Habeas Corpus (ECF No. 38), it is hereby **ORDERED** that the motion is **GRANTED**.  Respondents shall file a Response no later than December 12, 2022.  Should Petitioner wish to file a Reply to the Respondents' Response, his Reply **SHALL BE FILED** within thirty (30) days after service of the Response.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge