# MARRONE
## LAW FIRM, LLC

Joseph M. Marrone, Esquire | Christopher M. Marrone, Esquire | Brian M. Marchese, Esquire
Admitted in PA, NJ & NY     Admitted in PA & NJ     Admitted in PA & NJ
(Of Counsel)

Ferbuary 9, 2023

**_Via ECF_**
Honorable Lynne A. Sitarski, Magistrate Judge
Federal District Court for the
Eastern District of Pennsylvania
3015 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    Tillery v. Eason
               Docket No.:  20-cv-02675

Dear Judge Sitarski:

As you know, this firm represents the Petitioner Major Tillery in the above-captioned matter. Yesterday, by means of a letter brief, I submitted a supplemental memorandum and accompanying documents for the Court's consideration. There is an additional document regarding special visitors that Emanuel Claitt was permitted to meet with in return for his statements and testimony. To that end, please see the attached visitor log relative to Emanuel Claitt.

Respectfully submitted,


Michael D. Pomerantz

Enc.
cc:    Shoshana Silverstein, Esquire (via ECF)