| NAME OF INMATE<br>CLAITT, EMANUEL | ☐ H  ☒ D/C  ☐ H/C | INMATE NO.<br>93-05399 | |
|---|---|---|---|
| AUTHORIZED VISITORS | | | |
| PHOTO | PHOTO | PHOTO | PHOTO |
| 142<br>Denise 8-23 | | 142<br>7-6-83 OD in 15 E<br>8-8-83 Denise | Helen 8-15 |
| NAME (Print)<br>Denise | NAME (Print)<br>Denise | NAME (Print)<br>Henry McArth | NAME (Print) |
| RELATIONSHIP<br>6-20-83 | RELATIONSHIP<br>7-11-83 | RELATIONSHIP<br>7-15-83 OD | RELATIONSHIP<br>11-17-83 OD |
| ADDRESS<br>6-24-83 | ADDRESS<br>7-18-83 | ADDRESS<br>Parker 9-5-83 | ADDRESS |
| SIGNATURE<br>6-27-83 - AM<br>7/1/83 30D<br>7/4/83 P<br>7/20/83 OD<br>8-5-83 2nd visit | SIGNATURE<br>7-25-83<br>8-2-83 O.D.<br>8-15-83 O<br>8/22/83 P<br>8/30/83 OD | SIGNATURE | SIGNATURE |