# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.  20-cv-2675 |
| | : | |
| **KENNETH EASON, et al.,** | : | |
| Respondents. | : | |

# O R D E R

**AND NOW**, this __14TH__ day of February, 2023, upon consideration of Respondents' Fourth Motion for Extension of Time to File Response to Amended Petition for Writ of Habeas Corpus (ECF No. 46) and Petitioner's Response in Opposition (ECF No. 47), it is hereby **ORDERED** that the motion is **GRANTED**.  Respondents shall file a Response no later than March 27, 2023.  Should Petitioner wish to file a Reply to the Respondents' Response, his Reply **SHALL BE FILED** within thirty (30) days after service of the Response.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge