IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KENNETH EASON, et al.,** | : | **NO. 20-2675** |
| Respondents. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Matthew Stiegler hereby withdraws his appearance on behalf of the respondents in the above-captioned matter.


Respectfully submitted,

*/s/ Matthew Stiegler*
Matthew Stiegler, Esqiure

## CERTIFICATE OF SERVICE

I certify that on March 15, 2023, a copy of the foregoing notice was served on all counsel of record via ECF.


*/s/ Matthew Stiegler*
Matthew Stiegler, Esquire