# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 20-cv-2675 |
| | : | |
| KENNETH EASON, et al., | : | |
| Respondents. | : | |

# O R D E R

**AND NOW**, this 21ST day of March, 2023, upon consideration of Petitioner's unopposed Motion for Leave to Conduct Deposition to Preserve Testimony, it is hereby **ORDERED** that the motion is **GRANTED**. Petitioner may take the videotape deposition of Robert Mickens at a time convenient for Mr. Mickens and the parties.

BY THE COURT:


 /s/ Lynne A. Sitarski
**LYNNE A. SITARSKI**
**United States Magistrate Judge**