| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NO: H76-315 |
|---|---|---|
| | | INTERVIEWER McNesby - Cimino |
| NAME Robert Mickens | AGE 32 RACE N/M | DOB 5-28-52 |
| ADDRESS 1507 W. Master St. | APARTMENT NO. 203 | PHONE NO. None |
| NAME OF EMPLOYMENT/SCHOOL | | SOC. SEC. NO. |
| ADDRESS OF EMPLOYMENT/SCHOOL | DEPARTMENT | PHONE NO. |
| DATES OF PLANNED VACATIONS | | |
| DATES OF PLANNED BUSINESS TRIPS | | |
| NAME OF CLOSE RELATIVE Regina Belser (Common Law Wife) | | |
| ADDRESS 1507 W. Master St. | | PHONE NO. None |
| PLACE OF INTERVIEW Inside Room 104 PAB | | DATE 9-26-84 / TIME 1630 PM |
| BROUGHT IN BY Police | | DATE 9-26-84 / TIME |
| WE ARE QUESTIONING YOU CONCERNING | The homicide by shooting of Joseph Hollis 20N/M, who was shot and killed inside the pool room 1008 W. Huntingdon St. 10-22-76 about 9:50PM | |

WARNINGS GIVEN BY

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Q- What is your full and correct name?

A- Robert Mickens.

Q- Are you known by any other name or nickname?

A- Bobby.

Q- Can you read and write the English language?

A- Yes.

Q- Are you now under the influence of any drugs or alcohol?

A- No.

Q- How far did you go in school?

A- 11th Grade.

Q- Did you know the deceased in this case Joseph Hollis?

A- I didn't now him personally but used to see him around.

Q- Go on in your own words and tell me what you know of his death.

A- I was at Germantown and Huntingdon Sts. by myself. It was dark out and the

RECORD ☐ Yes ☐ No | CHECKED BY

REVIEWED BY | TilleryDAOFiles047

75-483 (Rev. 7/82)

*MGT COPY* (watermark)

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Robert Mickens | PAGE 2 | CASE NO. H76-315 |

A- Continued..........

stores were closed. It had to be 9:30 PM or a little later and was walking west on Huntingdon St. towards Warnock St. When I got to the corner of Warnock & Huntingdon St. I ran into Alfred Clark and I saw William Franklin and Major Tillery on the steps of Goldies poolroom. Askir (Alfred Clark) asked me where I was gone at. I said what's up. He said we are supposed to be having a meeting here and a couple of guys are supposed to be coming from West Philly. Askir said, " You know how the police is if they see all these cars out here they will start asking questions and knocking on doors". He was referring to his car a white cadilac and Major Tillery's car which was a Lincoln. The cars were parked up on the pavement of Warnock St. Askir asked me to look out to see if the police came and if they did to tap on the glass. I said "How long do you want me to lay here" and he said to hold fast, the guys that were supposed to come should be there in a few minutes. I sat by there on the step and maybe 15 or 20 minutes went by and a couple more cars pulled up one of them parked on the 2600 block of Warnock St. Two guys got out and went inside the poolroom. I did not catch who that was, then another car pulls up, it pulled on the 1000 block of Huntingdon St. I stood up and went back to the corner where the pool room is at, on the southwest corner. These two guys walked past me and they went into the poolroom too. I was getting ready to knock on the door of the poolroom to ask Askir if everything was okay cause I was getting ready to go, but he had come out the door already and he told me everything was cool, for me to stay there and look out for the police. I went back to the side step and sat down again. Maybe 20 minutes went by and I heard a couple shots. I heard some glass break so I jumped up. I ran behind a car there and this guy ran past me, he ran west on

75-483A

*Robert Mickens*

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Robert Mickens | PAGE 3 | CASE NO. |

Huntingdon. William Franklin was behind this dude, he was chasing him. By this time I got into a little panic so I started going towards Cumberland St., then I went west and came back up 11th and as I was approaching Huntingdon, I seen William go back towards the poolroom, he was walking fast. I got to the corner of 11th & Huntingdown and I seen Alfred and the Major getting in different cars. Alfred got in his Caddy and the Major got in the Lincoln. I turned back around and I seen the police coming with their lights on. I went back in my house, I was staying at 2547 N. 11th St then. I took my jacket off and layed it down and came back to the door and I seen the police half way in the middle of the block. People was saying somebody got shot and ran to Miss Brown's house where he fell in the door.

Q. Do you know who was being chased by William Franklin?
A. I don't know who he was, I just saw him by the side as he was running.

Q. Did William Franklin have anything in his hands as he was chasing this man
A. He had a gun in his right hand. I don't know what kind though. It was a revolver.

Q. Was William Franklin saying anything when he was chasing the man?
A. No

Q. How many shots did you hear coming from the poolroom when you were sitting on the steps?
A. About 4

75-483A

*[signed]* Robert Mickens

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Robert Mickens | PAGE 4 | CASE NO. |

Q. Did you hear any other shots, other than the ones you heard come from the poolroom?

A. No

Q. How far was William Franklin in back of the dude when he was chasing him?

A. Less than 10 feet.

Q. Did you ever talk with William Franklin, the Major or Alfred Clark about this killing?

A. I talked with the Major about 2 days later. I met him at Broad and Cumberland and he told me that if the police should pick me up to say that I was at the Mosque that night and that he, the Major, was on post in the Mosque too. He also told me to say that he brought me and my girlfriend hom that night, he said that way the police could not place him at the scene of the killing. Also about a month and a half ago I seen him in Holmesburg. He told me he was going to give my name to his lawyer so that I could say he was at the Mosque with me on the night of the killing. He also told me to make sure I said that he brought me and my girlfried home about 11:30PM or 12:00 midnight. Then he gave me his prison number which he said was M9786. Then he gave me a name, Jonci Major, he said she was his lady, he gave me her phone number but I don't have it now, I got it back at my room, I can get it for you. He told me to keep in contact with Jonci and he told me she could tell me where he be at.

75-483 A

*[signature: Robert Mickens]*

TilleryDAOFiles050

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Robert Mickens | PAGE 5 | CASE NO. |

**Q.** Did you talk with William Franklin?

**A.** Within a few days after the killing he told me nobody was going to give him that body cause it was found in the pool room. He did tell me though that "I found out the mother fucker that I shot, the one that went in Miss Brown's house, was trying to get to his car". The man's car had been parked in front of my house, the Homicide Detectives got it the next day.

**Q.** Do you know who the guy that was found in Miss Brown's house was with in the poolroom?

**A.** He was with Joseph Hollis. They was the last two to go into the poolroom then Alfred Clark told me everything was okay, that they was going to start the meeting.

**Q.** Who is Major and where does he stay?

**A.** He used to be from 49th & Woodland, we called him Slime. We also called him Major Tillery.

**Q.** Who is Alfred Clark and where does he stay?

**A.** His street name is Beesley, he is dead now, he was shot and killed.

**Q.** Who is William Franklin and where does he stay?

**A.** They call him Pork, he used to live on the 2600 block of Sartain St.

**Q.** How many cars were at the meeting?

**A.** There was 5, Beesleys car which was parked on the pavement, 2500 block

75-483 A

MGT COPY
TilleryDAOFiles051

*[signed] Robert Mickens*

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Robert Mickens | PAGE 6 | CASE NO. |

N. Warnock St., Major Tillery's was parked right behind Beesley's car, there was a car parked on the 2600 block of N. Warnock St., one parked on the 1000 block Huntingdon St., then one on the 2500 block N. 11th St. These last three cars must have been from the guys from West Philly because all the people from these cars went into the poolroom.

Q. Do you know what glass was broken when you said earlier in your statement you heard breaking glass when the shooting started?

A. I didn't know at that time but I found out later that it was the glass on the door of the poolroom.

Q. Do you know what this meeting was about inside the Pool Room?

A. It was about Alfred Clark getting smacked in the face. See sometime before this meeting, there was another meeting out in West Philly and Hollis smacked Clark in his face. Clark could not do nothing out there so they let it cool for awhile and then they set the meeting up in the Pool Room in North Philly in the pool room. The Major set the meeting up.

75-483A

TilleryDAOFiles052