## CRIMINAL RECORD OF EMMANUEL CLAUTT

MC 71-07-398      VUFA           11½-23 mos.    J. Sporkin

MC 71-12-1142     FRAUD CONVERSION    2 years probation    J. Kumor

MC 75-05-531      VUFA            5 yr. prob.    J. Caesar
                  POSS. F/A-CONVICT  5 yr. prob.

→ CP 80-09-1656-1657   AGG.ASS., PIC    NOT GUILTY VERDICT

MC 80-03-807   Poss. Controlled substance   PRos. W/D 10-21-80
               ( Def. in possession of one packet, gray powder)

CP 80-05-1024-1025 AUTO THEFT   Nolle prosse 9-17-81 J. Katz
                                as part of guilty plea on other cases.

CP 79-04-809-810   AUTO THEFT   Nolle prosse 9-17-81 J. Katz
                                as part of guilty plea on other cases.

CP 80-08 2093-2097 (ARSON) CONPIRACY   OPEN GUILTY PLEA 9-17-81
                                       J. KATZ. 1-5 yrs. state
                                       correctional institute

CP 81-03-1067 MAN & DEL CONTROLLED     OPEN GUILTY PLEA 9-17-81
              SUB.(heroin)             J. KATZ, 18 mos-7 yrs., state
                                       correctional institute.
                                       Concurrent.

CP 80-12-1???-1??? MAN & DEL           OPEN GUILTY PLEA
                   & POSS CONTROLLED   11-??-8? J. KATZ
                   SUBSTANCE (HEROIN)  6-1? mos. Concurrent