IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJOR GEORGE TILLERY** | : | Civil Action |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **GINA CLARK, et al.,** | : | No. 20-2675 |
| Respondents. | : | |

### NOTICE OF APPEARANCE

David Napiorski hereby enters his appearance on behalf of the Respondents in the above-captioned matter.

### NOTICE OF WITHDRAWAL OF APPEARANCE

Shoshana Silverstein hereby withdraws her appearance on behalf of the Respondents in the above-captioned matter.

Respectfully submitted,

*/s/ David Napiorski*
David Napiorski
Assistant Supervisor
Federal Litigation Unit
Philadelphia District Attorney's Office

*/s/ Shoshana Silverstein*
Shoshana Silverstein
Assistant District Attorney
Philadelphia District Attorney's Office

## CERTIFICATE OF SERVICE

I certify that on December 3, 2024, a copy of the foregoing was served on all parties via ECF.

*/s/ David Napiorski*
David Napiorski
Assistant Supervisor
Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
david.napiorski@phila.gov