# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | No. 20-2675 |
| v. | : | |
| | : | |
| GINA CLARK, Superintendent, State Correctional Institution at Chester, et al., | : : : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 21st day of November, 2025, it is **ORDERED** that the motion to compel withdrawal of counsel (ECF No. 84) is **DENIED AS MOOT.**

                                  s/ANITA B. BRODY, J.
                                  ANITA B. BRODY, J.