IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR GEORGE TILLERY, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | No. 20-2675 |
| v. | : | |
| | : | |
| GINA CLARK, Superintendent, | : | |
| State Correctional Institution at | : | |
| Chester, et al., | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 5th day of January, 2026, upon careful and independent consideration of the counseled amended petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 28), the briefs in support of and in opposition to the amended petition, and the state court record, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 62) and the counseled amended objections to the R&R (ECF No. 83), **IT IS ORDERED** that:

    1.    The amended objections (ECF No. 83) are **OVERRULED;**

    2.    The Report and Recommendation (ECF No. 62) is **APPROVED** and **ADOPTED;** and

    3.    The amended petition for a writ of habeas corpus filed pursuant

to 28 U.S.C. § 2254 (ECF No. 28) is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing.

The Court finds no basis for the issuance of a certificate of appealability. The oral argument scheduled for January 20, 2026 is canceled.

                                                  s/ANITA B. BRODY, J.
                                                  _____
                                                  ANITA B. BRODY, J.